UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GREGORY BRADLEY,

    Plaintiff,

v.                                             Case No. 3:17cv145/LC/CJK

PATRICIA GRINSTED, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated April 24, 2017 (doc. 7). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

After reviewing the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 7) is adopted and incorporated by reference in this order.

2. Plaintiff's motion for appointment of counsel (doc. 2) is DENIED.

3. This case is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B), because plaintiff's complaint fails to state a claim on which relief may be granted and seeks monetary relief against defendants who are immune from such relief.

4. The clerk shall close the file.

**DONE AND ORDERED** this 25th day of May, 2017.

                s/*L.A. Collier*
                **LACEY A. COLLIER**
                **SENIOR UNITED STATES DISTRICT JUDGE**